IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| REBECCA KUJAWA, Special Administrator of the Estate of John Kujawa, Deceased, | ) ) ) ) |
| Plaintiff, | ) Case No. 15-CV-225-NJR-PMF |
| vs. | ) ) |
| HOSPITAL SISTERS HEALTH SYSTEM, d/b/a Saint Anthony's Memorial Hospital of Effingham, Illinois, and DR. JEFFREY JENSON, | ) ) ) ) ) ) |
| Defendants. | ) |

## JUDGMENT IN A CIVIL ACTION

**DECISION BY THE COURT.**

This matter having come before the Court, and the Court having rendered a decision,

**IT IS ORDERED** that by Order dated April 7, 2015 (Doc. 14), this matter is **DISMISSED without prejudice** for lack of diversity jurisdiction.

DATED:   April 7, 2015

JUSTINE FLANAGAN, Acting Clerk

By:  s/ Deana Brinkley
     Deputy Clerk

APPROVED:  s/ Nancy J. Rosenstengel
           NANCY J. ROSENSTENGEL
           United States District Judge